Notice of Undeliverable Mail to Debtor

December 25, 2015

From: United States Bankruptcy Court, District of Kansas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Dana R McMaken, Case Number 11-23651, RDB

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**Kansas City Divisional Office**
**161 Robert J. Dole US Courthouse**
**500 State Avenue**
**Kansas City, KS 66101**

FILED
Kansas City KS
JAN 2 2 2016
Clerk
U.S. Bankruptcy Court

Undeliverable Address:
Wells Fargo Home Mortgage as servicer for Wells Fa

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Wells Fargo Home Mtg.   515-973-4005
P.O Box 10335
Des Moines, IA 50306

Dana R McMaken                    1-16-16
Signature of Debtor or Debtor's Attorney    Date

1

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**